AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of: | ) |
| | ) |
| The residence located at 4601 Barbee Way, Sacramento, California, as further described in Attachment A. | ) Case No. ) ) **2:18-SW 0096 KJN** ) |

**FILED**
FEB 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     **EASTERN**    District of     **CALIFORNIA**
*(identify the person or describe the property to be searched and give its location):*

**See ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

**See ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     February 19, 2018     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  2:35 pm  Feb 5, 2018

_____
Judge's signature

City and state:     Sacramento, California           Hon. Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: 2:18-SW-0096 | Date and time warrant executed: 2/8/18 0930 | Copy of warrant and inventory left with: LEFT IN DINING ROOM |
| Inventory made in the presence of: SA BIETZ | | |

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED COPY OF ATF FORM 3400.23

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   2-12-2018
Signature of Judge                    Date

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

## Attachment A
## Location to be Searched

A.     <u>4601 Barbee Way, Sacramento, California 95823</u>. This residence is located on the north side of Barbee Way in a suburban neighborhood of single-family homes. The residence is a single story off-white single family home. The number "4601" is affixed to the building just to the left of the garage. The front door is located on the south side of the building. The front yard is enclosed by a waist-high steel fence. The fence in the picture below is white, however, since the picture below was taken the fence has been painted black.



B.     The place to be searched includes the residence, all rooms, attics, basements, and storage areas; all trash receptacles; and all surrounding grounds, garages, storage rooms, or outbuildings of any kind, attached or unattached, located on the premises. The place to be searched also includes all vehicles over which the owner, occupant, or resident of the aforementioned premises has dominion and control, as determined by the agents at the time of the execution of the search warrant by the agents' observations of such persons operating or accessing the vehicle; DMV records showing ownership or use of the vehicle; witness statements establishing ownership or use of the vehicle; or car keys to operate the vehicle found in the actual or constructive possession of such person found at the residence.

C.     The authority to search this location specifically includes the authority to search a white Ford Explorer, with California license plate 4VWS257 and Vehicle Identification Number (VIN) 1FMDU75E52ZA70252, registered to Don Bell at 4601 Barbee Way, Sacramento, California.

5

D.  The search of this location shall also authorize officers conducting the search to require the production of identification of any person reasonably believed by the officers to have possession and control of the premises. Any and all persons within the premises shall be subject to a patdown safety search to ensure officer safety.

E.  The search of this location, in the interest of public safety and common law enforcement practice, shall allow law enforcement officers to make any weapon on the property safe by removing the source of ammunition and ensuring that there are no rounds of ammunition in the chamber.

6

## Attachment B
## Items to be Seized

Agents are authorized to search and seize property that constitutes evidence, fruits, and instrumentalities of a violation of 18 U.S.C. § 922(g)(4), committed by Don BELL.

1. All firearms registered to Don BELL as reflected in the Automated Firearm System.

2. Any firearm that does not have a lawful manufacturer stamp and serial number, any unregistered firearm (where registration is required by Title 26 of the United States Code), and blanks of any kind (including AR-15 blanks).

3. Records relating to the acquisition and distribution and repair of firearms, firearms parts, tools and/or equipment associated with the manufacture of machineguns, short barreled rifles and/or other firearms, including but not limited to ATF Forms 4473, California Dealer Of Record Sale (DROS) records, books, receipts, invoices, notes, ledgers, and pay/owe sheets.

4. Rental or lease agreements for storage units, safety deposit boxes, other storage locations, keys, combinations, and/or access codes for them.

5. Indicia of occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents.

6. Any safes, locked cabinets, and/or other secured containers and/or devices at the locations and in/on vehicles identified in Attachments A. Law enforcement shall be permitted to open such locked containers by force or through the use of a locksmith if necessary.

####

AO 106 (Rev. 04/10) Application for a Search Warrant

**ORIGINAL FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FEB 0 5 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of: )
)
The residence located at 4601 Barbee Way, ) Case No.
Sacramento, California, as further described in )
Attachment A. ) **2:18-SW 0096 KJN**
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See ATTACHMENT A, attached hereto and incorporated by reference.**

located in the ___Eastern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

**See ATTACHMENT B, attached hereto and incorporated by reference.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(4) | Prohibited person (person committed to a mental institution) in possession of a firearm. |

The application is based on these facts:

**See Affidavit of ATF Special Agent Daniel J. Bietz, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of __30__ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Daniel J. Bietz, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __February 5, 2018__

_____
Judge's signature

City and state: __Sacramento, California__    Hon. Kendall J. Newman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Daniel J. Bietz, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, declare and state as follows:

### Background and Experience

1.   I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been an ATF Special Agent since May 2016, and I am currently assigned to the Sacramento Field Office. In this role, my responsibilities include investigating violations of federal criminal laws, and specifically, federal firearms laws.

2.   I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. While there, I received seven months of training in investigative techniques and the enforcement of federal firearms and explosives law. In addition, I previously served as a Combat Engineer with the United States Army and California National Guard. As a Combat Engineer, I gained significant experience in the identification, maintenance, and use of firearms and explosives.

3.   Based on my training and experience as an ATF Special Agent, I am familiar with federal firearms laws. I know that it is unlawful under Title 18, United States Code, Section 922(g)(4), for any person who has been adjudicated mentally defective and/or committed to a mental institution to possess firearms and ammunition having affected interstate and/or foreign commerce. In addition, I have personally discussed the facts of this case with a California Peace Officer and other ATF Special Agents, all of whom have extensive experience investigating violations of federal firearms laws.

4.   I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

5.   Unless stated otherwise, I have personal knowledge of all of the matters set forth in this affidavit. To the extent any information in this affidavit is not within my personal knowledge, it was made known to me through my own review of the documents discussed in this affidavit and through reliable law enforcement sources, including discussions with other law enforcement personnel assigned to this case. The conclusions and opinions set forth below are based on my own training and experience as an ATF Special Agent, and conversations I have had with other law enforcement officers who are familiar with the facts and circumstances of this investigation. Because this affidavit is being submitted for the limited purpose of securing three separate search warrants, I have not included every fact known to me concerning this investigation. I have only set forth those facts I believe are necessary and appropriate to establish probable cause for the search warrant requested herein.

///

1

## Scope of Requested Search Warrant

6. This affidavit is being submitted in support of a warrant to search the following:

   a. The residence located at **4601 Barbee Way, Sacramento, California 95823**, as further described in Attachment A.

7. This residence is located in the Eastern District of California.

8. Based on the facts set forth below, I believe that this was the residence that Don BELL was living in until his arrest on January 5, 2018. I further believe that there is probable cause that this location contains evidence, fruits, proceeds, or instrumentalities of a violation of 18 U.S.C. § 922(g)(4) – Possession of firearms by a person previously committed to a mental institution. The evidence to be searched for and seized at this address are more fully described in Attachment B.

## Statement of Probable Cause

9. On November 16, 2017, the Sacramento Regional Threat Assessment Center issued a suspicious activity report for Don BELL. Acquaintances from BELL's church had contacted the Sacramento Police Department to report that BELL was exhibiting strange behavior at the church. According to the reports, BELL had made comments that alarmed members of the church. On one occasion, BELL said that he kept several guns on his person and had thousands of rounds of ammunition in his vehicle. When the church member asked BELL if he had a permit to carry the weapons, BELL said that he did not and that he did not care. On another occasion, BELL parked his vehicle at the church's entrance and was seen "confronting" individuals entering the parking lot. When a member tried to talk to BELL on this occasion, he/she reportedly found that BELL had a machete and hunting knife on the hood of his vehicle. Multiple accounts describe BELL as seemingly mentally unstable and prone to irrational behavior.

10. BELL's criminal history includes a misdemeanor conviction in 2003 for a violation of California Penal Code, Section 245(a)(1) – assault with a deadly weapon. The Mental Health Firearms Prohibition System shows that BELL was arrested for this offense on March 17, 2003, and that he was received/processed at the Sacramento County Jail Psychiatric Services Forensic Inpatient Unit on April 4, 2003. The Mental Health Firearms Prohibition System further shows that BELL became a "prohibited" person on March 24, 2003, when he was deemed "a danger to others, or to himself or herself, or gravely disabled" under California Welfare and Institutions Code, Section 5250. By its terms, detention under Section 5250 is involuntary. *See* Cal. Welfare & Inst. Code, § 5250 ("The person has been advised of the need for, but has not been willing to accept, treatment on a voluntary basis").

11. The Mental Health Firearms Prohibition System further shows that BELL is prohibited from possessing firearms and ammunition for life. A copy of the relevant Mental Health Firearms Prohibition System printout is attached to this affidavit as Attachment C.

2

12.  A search of the Automated Firearm System shows that BELL currently has five firearms listed in connection with his name, and does not show that BELL has sold or otherwise divested from any of his firearms after becoming prohibited.

13.  On January 5, 2018, BELL was arrested in Sacramento for violations of California Penal Code, Sections 245(A)(2) (assault with a firearm on a person), and 25850(A) (possession of a loaded firearm in public). The circumstances surrounding that arrest are as follows: on January 5, 2018, police responded to a report of a suspect in a white Ford Explorer firing a single shot from a pistol into an occupied vehicle. The victim gave a detailed description of the suspect and vehicle including the license plate number. The suspect vehicle was registered to Don BELL at 4601 Barbee Way in Sacramento. Later, Sacramento Police Department officers made contact with BELL, who was sitting in the suspect vehicle in front of 4601 Barbee Way. Sacramento PD took BELL into custody and found that he had a loaded .22 caliber pistol on his person and a loaded 12-gauge shotgun in his vehicle. Officers noted that the .22 caliber pistol contained one round less than the firearm's full capacity. BELL is currently detained in the Sacramento County Jail based on this recent arrest.

14.  A search of California Department of Motor Vehicles records shows that 4601 Barbee Way, Sacramento, California 95823 is the address of record for Don BELL. The Accurint public records database further lists this address as BELL's residence.

### Training and Experience Related to Illegal Firearms Possession

15.  I know from my training and experience, and from discussions with other experienced law enforcement personnel that persons who illegally possess firearms also frequently possess the following evidence in their residences, storage units, vehicles and on their persons:

   a. Firearms, lower receivers, upper receivers, grips, stocks, magazines, magazine repair kits, trigger assemblies, blanks, and barrels;

   b. Firearm records (purchase/sale, method of payment), documents related to milling of the firearms, notes or other documentation concerning profits made (i.e., comparing cost of purchase vs. cost of sale); and

   c. Indicia of persons in control over a premises where the above items are found, including addressed mail, material in the premises with personal identification information, photographs of persons in or about the location, etc.

16.  I also know from my training and experience, and from discussions with experienced law enforcement personnel, that individuals who own firearms store the firearms in safes, gun safes, locked cabinets, and/or other secured containers. I know that individuals who possess firearms typically store their firearms in their homes, for reasons that include, to safely and securely store

3

the firearm, for quick access to the firearm for protection, and for convenient access to use the firearm for sporting purposes.

17. As described above and in Attachment A, this affidavit seeks permission to search and seize firearms, ammunition, and indicia related to Don BELL's unlawful possession of firearms as proscribed by 18 U.S.C. § 922(g)(4). Based on my training and experience, and discussions with other experienced law enforcement personnel, I know that individuals who illegally possess firearms also frequently possess the items described in Attachment B in their residences, storage units, and vehicles as described above. Therefore, I am requesting authority to seize all the items listed in Attachment B to this affidavit and incorporated here by reference.

## Conclusion

18. The facts in this affidavit demonstrate probable cause to believe that Don BELL has committed a violation of 18 U.S.C. § 922(g)(4), and that evidence, fruits, and instrumentalities of this offense, as described in Attachment B, are likely to be found at the location listed in Attachment A.

19. Accordingly, I respectfully request authority to search:

   a. The residence located at **4601 Barbee Way, Sacramento, California 95823**, as further described in Attachment A.

I swear, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Daniel J. Bietz
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to me on February 5, 2018.

Hon. Kendall J. Newman
United States Magistrate Judge

Approved as to form:

Timothy H. Delgado
Assistant United States Attorney

4

## Attachment A
## Location to be Searched

A.     4601 Barbee Way, Sacramento, California 95823. This residence is located on the north side of Barbee Way in a suburban neighborhood of single-family homes. The residence is a single story off-white single family home. The number "4601" is affixed to the building just to the left of the garage. The front door is located on the south side of the building. The front yard is enclosed by a waist-high steel fence. The fence in the picture below is white, however, since the picture below was taken the fence has been painted black.



B.     The place to be searched includes the residence, all rooms, attics, basements, and storage areas; all trash receptacles; and all surrounding grounds, garages, storage rooms, or outbuildings of any kind, attached or unattached, located on the premises. The place to be searched also includes all vehicles over which the owner, occupant, or resident of the aforementioned premises has dominion and control, as determined by the agents at the time of the execution of the search warrant by the agents' observations of such persons operating or accessing the vehicle; DMV records showing ownership or use of the vehicle; witness statements establishing ownership or use of the vehicle; or car keys to operate the vehicle found in the actual or constructive possession of such person found at the residence.

C.     The authority to search this location specifically includes the authority to search a white Ford Explorer, with California license plate 4VWS257 and Vehicle Identification Number (VIN) 1FMDU75E52ZA70252, registered to Don Bell at 4601 Barbee Way, Sacramento, California.

5

D.      The search of this location shall also authorize officers conducting the search to require the production of identification of any person reasonably believed by the officers to have possession and control of the premises. Any and all persons within the premises shall be subject to a patdown safety search to ensure officer safety.

E.      The search of this location, in the interest of public safety and common law enforcement practice, shall allow law enforcement officers to make any weapon on the property safe by removing the source of ammunition and ensuring that there are no rounds of ammunition in the chamber.

## Attachment B
## Items to be Seized

Agents are authorized to search and seize property that constitutes evidence, fruits, and instrumentalities of a violation of 18 U.S.C. § 922(g)(4), committed by Don BELL.

1. All firearms registered to Don BELL as reflected in the Automated Firearm System.

2. Any firearm that does not have a lawful manufacturer stamp and serial number, any unregistered firearm (where registration is required by Title 26 of the United States Code), and blanks of any kind (including AR-15 blanks).

3. Records relating to the acquisition and distribution and repair of firearms, firearms parts, tools and/or equipment associated with the manufacture of machineguns, short barreled rifles and/or other firearms, including but not limited to ATF Forms 4473, California Dealer Of Record Sale (DROS) records, books, receipts, invoices, notes, ledgers, and pay/owe sheets.

4. Rental or lease agreements for storage units, safety deposit boxes, other storage locations, keys, combinations, and/or access codes for them.

5. Indicia of occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents.

6. Any safes, locked cabinets, and/or other secured containers and/or devices at the locations and in/on vehicles identified in Attachments A. Law enforcement shall be permitted to open such locked containers by force or through the use of a locksmith if necessary.

####

# Attachment C



# SACRAMENTO POLICE DEPARTMENT
## vMail Print for mailbox: OLIVER, RYAN 0363

```
4DCNBA00SK3.IQ

RE: FQP.CA0340400.RTE/OLIVER-GANGS-INV DATE: 2018-01-03 TIME: 15:40:39
MENTAL HEALTH FIREARMS PROHIBITION SYSTEM
*******************************************************************
ACCESS TO THIS DATABASE FOR ANY PURPOSE OTHER THAN A CRIMINAL
INVESTIGATION INVOLVING THE ACQUISITION, CARRYING, OR POSSESSION OF
FIREARMS IS UNAUTHORIZED AND PROHIBITED BY LAW

                     SEARCH ON RECORD REVEALS:
* SUBJECT MAY BE MENTAL HEALTH FIREARMS PROHIBITED PURSUANT TO
CALIFORNIA LAW *
*******************************************************************
RECORD NUM/701986077
NAM/BELL,DON S                         DOB/
SEX/M   RAC/W   HGT/602   WGT/250   HAI/BRO   EYE/BLU   POB/
********************** OTHER NAMES/ID NUMBERS **********************
SOC/
CDL/
***************************PROHIBITION REPORT***************************
ORI/34P004 - SACRAMENTO COUNTY JAIL PSYCHIATRIC SERVICES - FORENSIC
INPATIENT UNIT   OCA/712512000
DATE RECEIVED/04-04-2003
DATE PROCESSED/04-04-2003
DATE PROHIBITED/03-24-2003
PROHIBITION/5250 - 5250 WIC - DTSO OR GRAVELY DISABLED
COM/NEW FORM
                  PROHIBITION EXPIRATION/LIFETIME

           *   *   *    END OF MESSAGE    *   *   *
```

** End of Message **

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page ___ of ___ | Case/Inspection Number 766035-18-0031 | Case/Inspection Title SEARCH WARRANT | Office SACRAMENTO FO |

Taken from: (name, title, address, if appropriate)
4601 BARBEE WAY
SACRAMENTO, CA

Recipient: (name, title, address, if appropriate)
SACRAMENTO FO

Location of Transfer or Seizure
"

Basis for Transfer or Seizure of Items:
SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| | 4 SHOTGUN SHELLS LOCATED IN MASTER BEDROOM DRESSER |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) | Date

Transferred by: (signature, if appropriate) | Date | Witnessed by: (signature) | Date

U.S. GOVERNMENT PRINTING OFFICE: 2007-330-138/31102

ATF Form 3400.23
Revised March 2005